IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORVILLE BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| IMMIGRATION & NATURALIZATION SERVICE | : | NO. 02-02808 |

## **O R D E R**

AND NOW, this      day of August, 2002, it is ORDERED that:

1. Respondent may file a response to the Petition for Writ of Habeas Corpus on or before September 5, 2002.

2. Petitioner may file a reply to the response on or before September 19, 2002.

ATTEST:                                    or      BY THE COURT

BY:_____                   _____
    ARLENE L. QUINN                            JAMES McGIRR KELLY, J.
    Deputy Clerk

Civ 12 (9/83)