IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Orville Brown | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-2808 |
| v. | : | |
| Immigration and Naturalization Service | : | |
| Respondent. | : | |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Respondent in the above-captioned matter.

                                              SUSAN R. BECKER
                                              Assistant United States Attorney
                                              615 Chestnut Street, Suite 1250
                                              Philadelphia, PA 19106
                                              Tel: (215)861-8310
                                              Fax: (215)861-8642

Dated: August 13, 2002

**CERTIFICATE OF SERVICE**

  I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

    Orville Brown
    Montgomery County Correctional Facility
    60 Eagleville Road
    Norristown, PA 19403

    Pro se


    _____
    SUSAN R. BECKER
    Assistant United States Attorney

Dated: August 13, 2002