```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ORVILLE BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| IMMIGRATION AND NATURALIZATION | : | |
| SERVICE | : | NO. 02-CV-2808 |

**MEMORANDUM AND ORDER**

**J. M. KELLY, J.**                                **September 23, 2002**

      Before the Court is the Government's Motion for Extension of Time to Respond to Petition for Writ of Habeas Corpus.  The petitioner has already been removed to Jamaica.  It does not appear that Mr. Brown has independently provided the Court with a new address since his arrival in Jamaica.  Accordingly, there will be no inference that the petitioner's failure to answer this motion is an indication that he does not object to the motion.  However, the Court believes that the Court and the petitioner may benefit from having a full record in order to consider petitioner's claims.  Accordingly, the motion is GRANTED, and the Government has thirty (30) days from the date of this Order to respond to the petition.

                                  BY THE COURT:

                                  _____
                                  JAMES McGIRR KELLY, J.

Case 2:02-cv-02808-JK     Document 8     Filed 09/24/2002     Page 2 of 2